DANIEL G. BOGDEN
United States Attorney
KATHLEEN BLISS
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada  89101
Phone: (702) 388-6336 / Fax: (702) 388-5087

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

## -oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MOTION TO QUASH WARRANT |
| Plaintiff, | ) | 2:11-cr-00306-JCM(RJJ) |
| vs. | ) | |
| JASON G. STANFIELD, | ) | |
| Defendant. | ) | |

Retained counsel for defendant, William Terry, has been in communication with the government, and the government believes it is in the best interest of the parties to quash the warrant at this time.

DATED this 17th day of August 2011.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/   Kathleen Bliss
KATHLEEN BLISS
Assistant United States Attorney

**IT IS SO ORDERED.**

**DATED** this  25  day of August, 2011.

TQDGTV"L0LQJ"&UVQP
United States O ci hvcv Judge