# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-cr-00306-JCM(RJJ) |
| Plaintiff, | ) | **ORDER** |
| vs | ) | |
| JASON G. STANFIELD, | ) | |
| Defendant. | ) | |

Based on the government's motion, a summons will issue from the Court.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge

2